FOURTH DEPARTMENT, NOVEMBER TERM, 1892.

**Decisions handed down, Dec. 8, 1892.**

John M. Haskell, Appellant, v. The Northern Adirondack Railroad Company, Respondent.—Judgment affirmed, with costs. Opinion by Mayham, P. J.; Putnam, J., not acting.

William Clark, Respondent, v. Ellsworth McDuffie, Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Herrick, J.; Mayham, P, J., and Putnam, J., concurred in result.

The People of the State of New York, Respondent, v. Caleb W. Mitchell, Appellant.—Judgment reversed. Opinion by Mayham, P. J.; Putnam and Herrick, JJ., concurred.

The People of the State of New York ex rel The Harlan & Hollingsworth Company v. Frank Campbell, Comptroller of the State of New York.—Decision of the comptroller affirmed, certiorari dismissed, with costs and printing and other disbursements.

August Schwemmer, Respondent, v. Peter Stratton, Appellant.—Order reversed, with ten dollars costs, printing and other disbursements, and motion granted, with ten dollars costs.

William S. Hackett, as Assignee, etc., Appellant, v. Thomas O. Crehan, Respondent.—Order affirmed, without costs to either party upon respondent's deducting four dollars from the bill of costs taxed and the judgment thereon.

Carrie Wilsey. Respondent, v. Peter Callanan, Appellant.—Order affirmed, with ten dollars costs and printing and other disbursements. Mem. by Herrick, J.; Mayham, P. J., and Putnam, J., concurred.

In the Matter of the Application of Henry Bradley to compel the delivery of books, papers, etc., by William H. Sullivan.—Affirmed on opinion of Special Term, with ten dollars costs and printing and other disbursements.

James M. Smith, as Executor, etc., Respondent, v. Frank Pelott and others, Appellants.—Order affirmed, with ten dollars costs and printing and other disbursements.

Andrew A. Davis, Respondent, v. The Town of Rochester, Appellant.—Judgment reversed, new trial ordered, costs to abide the event. Mem. *Per Curiam.*

Helen E. Porter and another, Respondents, v. Jabez M. Lyle and another, Appellants.—Order reversed, with ten dollars costs of motion, ten dollars costs of this appeal and printing and other disbursements. Mem. by Herrick, J.; Putnam J., concurred; Mayham, P J., not sitting.

Carlisle H. Coonley, Respondent, v. Allen Martin and others, Appellants. — Judgment affirmed, with costs, appellant not appearing.

Emma Kelly, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.—Order affirmed, with ten dollars costs and printing and other disbursements. Opinion by Herrick, J., Mayham, P. J., and Putnam, J., concurred.

Hiland H. Chapin, Respondent, v. A. V. Pratt, Appellant.—Motion for leave to go to the Court of Appeals denied, with ten dollars costs.

Charles E. Bullard, Appellant, v. Mary C. Harris, Respondent.—Motion for leave to go to the Court of Appeals denied, with ten dollars costs.

Thomas G. Birdsall, Respondent, v. Charles E. Keyes, Appellant.—Motion for leave to go to the Court of Appeals denied, with ten dollars costs.

---

FOURTH DEPARTMENT, NOVEMBER TERM, 1892.

Daniel Crouse and others, Respondents, v. Walter Whittlesey, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Opinion by Merwin, J.

Daniel E. Hayden, as Executor of the Estate of Samuel P. Hayden, Deceased, Respondent, v. Wheeler & Tappan Co., Appellant. — Judgment and order affirmed, with costs. Opinion by Martin. J.

Whitmore Dusenbury and others, Administrators of George Dusenbury, Deceased, Appellants, v. Aubert D. Hoadley, Respondent. — Judgment affirmed, with costs. Opinion by Merwin, J.

Ira W. Perry, Appellant, v. Thomas R. Perry and others, Respondents. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

William A. Sweet. Appellant, v. The City of Syracuse and others, Respondents — Order of September 24, 1891, reversed, with ten dollars costs and disbursements of this appeal to the defendant. Motion to vacate the judgment entered August 28, 1891, granted, and judgment entered July 27, 1891, amended so as to award the costs therein to all of the defendants, instead of the defendants comprising the Syracuse Water Board. Opinion by Martin, J.

William A. Sweet, Appellant, v Henry J. Mowry and others, Respondents. — Order of May 10, 1892, modified by directing the judgment entered January 26, 1892, to be amended by awarding the costs therein to all of the defendants, instead of the defendants constituting the Syracuse Water Board, and by striking out the costs of the motion awarded to the defendants, and, as modified, affirmed, without costs to either party. Opinion by Martin. J

The People of the State of New York. Respondents, v. A. Edwin Benedict, Appellant. — Conviction, order and judgment of the Court of Sessions of Otsego county reversed and a new trial ordered, and the clerk directed to enter judgment and remit certified copy thereof with the return and decision of this court to the Court of Sessions of Otsego county, pursuant to sections 547 and 548 of the Code of Criminal Procedure. Opinion by Hardin, P. J.

Robert Kerr, Appellant, v. Merritt F. Joslin, Respondent. — Judgment affirmed, with costs. Opinion by Martin, J.

John McGoldrick, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.

Clinton R. Keeler, by Dorcas A. Stalker. his Guardian, Ad Litem, Respondent, v. The New York State Mutual Benefit Association, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.

Frank Dilts, Respondent, v. Anthony W. Sweet, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

James T. Outterson, Respondent, v. Fonda Lake Paper Company, Appellant. — Judgment affirmed, with costs. Opinion by Merwin, J.

Jennie R. Sherman, Respondent, v. The Village of Oneonta. Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Dan S Richards, Respondent, v. Levi Crocker and Jessie Robinson. Appellants. — Judgment affirmed, with costs. Opinion by Martin, J.

Alvah S. Miller, Appellant, v. Samuel George, Respondent. — Judgment affirmed, with costs, upon the opinion of Parker, J., delivered at Special Term.

James T. Outterson, as Administrator, etc., Respondent, v. Frank Dilts. Appellant. — Judgment reversed on the exceptions and a new